Dennis A. Cameron, Esq.
Nevada Bar Number 3306
204 Marsh Ave., Ste. 200
Reno, Nevada 89509
(775) 329-5329

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:14-CR-00089-RCJ-VPC |
| Plaintiff, | **UNOPPOSED** |
| v. | **MOTION FOR O.R. RELEASE** |
| | **FOR MEDICAL PROCEDURE** |
| BRIAN C. MCDONALD | |
| | (FIRST REQUEST) |
| Defendant. | |

**COMES NOW** Brian C. McDonald, by and through his attorney, DENNIS A CAMERON, Esq., and request this Court provide an Order for temporary release for Brian McDonald to obtain eye surgery which is currently scheduled for July 11, 2016.

On June 13, 2016, Brian McDonald appeared before this Court and was sentenced to sixty months in prison. Brian McDonald's family appeared at the sentencing and requested the Court to consider allowing Mr. McDonald to self-surrender so he could obtain eye surgery at his family's expense. The government opposed the self-surrender but not the temporary

1

Case 3:14-cr-00089-RCJ-VPC   Document 50   Filed 07/11/16   Page 2 of 5

release for surgery. The Court indicated that when the surgery was set a Motion could be filed and the Court would consider a third-party release to Mr. McDonald's father because the family was willing to pay for the surgery. Mr. McDonald's father, Craig McDonald, agreed that he would be responsible for transporting Brian McDonald to Denver, Colorado, for the surgery and the returning him to the Washoe County Jail subsequent to the surgery. Craig McDonald resides at 1060 South Elizabeth Street, Denver, Colorado 80209, phone number (775) 934-8730. Craig McDonald has provided a copy of the appointment.

In preparation for this motion, Counsel spoke to Assistant United States Attorney Carla Higginbotham who advised she had no objection to the temporary release for the surgery.

Counsel also spoke with pre-trial services Jennifer Simone, who indicated that if the court granted the release and wanted pre-trial supervision they would do so but they did not object to the third-party custody by the father.

Based on the above, it is requested that Brian McDonald, be released on his own recognizance into the custody of his father, Craig McDonald for a period of ten (10) days beginning July 9, 2016 for purposes of surgery.

///
///
///

2

The family will be responsible for all costs of transportation to Denver, Colorado and the return to the custody of the Washoe County Jail on July 19, 2016.

Dated: July 1, 2016

/s/ Dennis A. Cameron
DENNIS CAMERON, Esq.
204 Marsh Ave., Ste. 200
Reno, NV 89509

O R D E R

The Court having reviewed the Unopposed Motion for O.R. Release for Medical Procedure and having reviewed the record for the oral motion made on June 13, 2016, and being fully informed makes the following order:

**IT IS ORDERED** that Mr. Brian C. McDonald may be released on July 9, 2016, to his father, Craig McDonald, to obtain surgery at the family's expense. Brian C. McDonald will be returned to the Washoe County Facility no later than July 19, 2016.

**IT IS SO ORDERED** this 11th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

3

# Please do not reply to this message as replies a
# will not be an



Dear Brian,

Please review the details below in preparation for your upcoming appointment:

> scheduled for 07-11-2016 @ 3:00pm,
> in our Denver office,
> with Paul Cutarelli, M.D.

You will be with us for **1 hour** where you will meet with Dr. Cutarelli. We will be dilating be light sensitive when you leave. Please bring sunglasses with you for your comfort. In adc contact lenses according to the guidelines below. If you are unable to remove your contacts call our office so that we can make alternative arrangements.

| All Soft & Toric Contacts | One week prior to the full exam |
|---|---|
| RGP & Hard Contacts | Three weeks prior to the full exam |

Please click here to print our new patient forms, please fill them in prior to your visit and br print the forms please plan your arrival 15 minutes earlier in order to complete your paperw

Please let us know if you are unable to keep your appointment date by notifying us at least 2 avail this appointment time for another patient who may need to see our physician; we appr

If you have any questions, need to reschedule, or address other concerns, please call us at 3( meeting you in person, thank you.

Sincerely,

*Your Laser Vision Team*
at Cutarelli Vision

CRAIG WILL FLYOUT DAY
BEFORE TO TAKE BRIAN

CRAIG # 775 934-8730
PATTY # 775-397-7479

## CERTIFICATE OF SERVICE

I certify that I assisted the Law Office of Dennis Cameron, Esq., and that on the date below, I electronically filed the foregoing document with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

Carla Higginbotham, AUSA
100 West Liberty St., #600
Reno, NV, 89501

DATED this 1st day of July, 2016.

                          /s Janice Hubbard